IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANNE MARIE SOJA, | ) | No. C 09-03348 JW (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE |
| vs. | ) ) | |
| TINA HORNBEAK, Warden, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 7) |

Petitioner, a prisoner currently incarcerated at the Contra Costa County Jail, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner's motion for leave to proceed in forma pauperis was denied as Petitioner failed to show an adequate level of poverty. (See Docket No. 6.) Petitioner was directed to pay the full filing fee within thirty days of the order denying the motion. (Id.)

On December 31, 2009, Petitioner filed a motion for an extension of time to pay the filing fee. (Docket No. 7.) Good cause appearing, the motion is GRANTED. Petitioner must pay the $5 filing fee **no later than February 6, 2010**, or face dismissal of this action for failure to pay the filing fee.

This order terminates Docket No. 7.

DATED: February 20, 2010

JAMES WARE
United States District Judge

Order Denying IFP
P:\PRO-SE\SJ.JW\HC.09\Soja03348_eot-fee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEANNE M. SOJA,

        Petitioner,

  v.

TINA HORNBEAK, Warden,

        Respondent.
                                             /

Case Number: CV09-03348 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/19/2010  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeanne Marie Soja X-07206
Valley State Prison for Women
21633 Avenue 24
P. O. Box 92
Chowchilla, Ca 93610

Dated:   2/19/2010

                                        Richard W. Wieking, Clerk
                                   /s/ By: Elizabeth Garcia, Deputy Clerk